# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Sergio Herran,<br><br>    Defendant. | No. CR-17-01026-TUC-RCC (JR)<br><br>**ORDER** |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Rateau (Doc. 72),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Suppress Evidence (Doc. 59).

Dated this 12th day of July, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge